# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5110** **September Term, 2025**

**1:26-cv-01086-JMC**

**Filed On: August 13, 2026** [2188054]


Jamie Garman, et al.,

Appellees

v.

Kash Patel, in his official capacity as Director of the Federal Bureau of Investigation, et al.,

Appellees

Borealis S. Hedling,

Appellant

## O R D E R

On June 4, 2026, plaintiffs-appellees filed a motion for summary affirmance and dismissal of appeal, and defendants-appellees filed a motion to dismiss, or in the alternative, for summary affirmance on July 20, 2026. Any responses were due by June 18, 2026, and August 3, 2026, respectively. To date, no responses have been received from appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellant show cause by September 14, 2026, why the dispositive motions should not be considered and decided without a response. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the case for failure to prosecute. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk