# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5110** **September Term, 2026**

**1:26-cv-01086-JMC**

**Filed On: October 30, 2026** **[2200991]**

Jamie Garman, et al.,

Appellees

v.

Kash Patel, in his official capacity as Director of the Federal Bureau of Investigation, et al.,

Appellees

Borealis S. Hedling,

Appellant

**ORDER**

By order filed August 13, 2026, the appellant was directed to show cause by September 14, 2026, why the dispositive motions should not be considered and decided without a response. To date, no response has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by December 14, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk